# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Michael J. | United States District Court, Southern District of Ohio | 05/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

200 West Second Street, Room 505
Dayton, Ohio 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Cincinnati Public Radio, Inc. |
| 2. | Board of Directors | Federal Bar Association |
| 3. | Board of Directors & Chapter President | Federal Bar Association, Dayton Chapter |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | United States Government Thrift Savings Plan; pension upon retirement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Valley View Schools - part time teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | April 4, 2013 - April 5, 2013 | Arlington, VA | Federal Bar Association - Mid Year Meeting | Transportation, meals, hotel |
| 2. | Federal Bar Association | April 4, 2013 - April 5, 2013 | Arlington, VA | Federal Bar Association - Mid Year Meeting | Transportation, meals, hotel |
| 3. | Federal Bar Association | April 25, 2013 - April 27, 2013 | Washington, DC | Federal Bar Association Chapter Leadership Traning Program | Transportation, meals, hotel |
| 4. | Federal Bar Association | May 1, 2013 - May 3, 2013 | New Orleans, LA | Federal Bar Association - National Conference | Transportation, meals, hotel |
| 5. | Momentum Event Group | September 9, 2013 - September 10, 2013 | New York, NY | Erisa Speech | Transporation, meals, hotel |

| | | | | |
|---|---|---|---|---|
| 6. | Federal Bar Association | September 23, 2013 - September 27, 2013 | San Juan, PR | Federal Bar Association - Annual Meeting | Transportation, meals, hotel |
| 7. | University of Kansas Edowment Association | October 20, 2013 - October 22, 2013 | Lawrence, KS | Speaking Engagement - to Law Students at Law School | Transporation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Primary Mortgage; Rental property #1; Beach Haven N.J. (See Part VII Line 28) | O |
| 2. | CitiBank | Secondary Morgage; Rental property #1; Beach Haven, N.J. | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 3. iShares MSCI Australia Index Fund | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 4. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 5. India Fund | A | Dividend | J | T | | | | | |
| 6. SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 7. Vanguard Total stock Market ETF | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 8. Private Bank Deposit Account | A | Interest | J | T | | | | | |
| 9. Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | | | | | |
| 10. Brokerage Account #2 | | | | | | | | | |
| 11. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 12. iShares MSCI Australia Index Fund | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 13. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 14. India Fund | A | Dividend | J | T | | | | | |
| 15. SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 16. Vanguard Total stock Market ETF | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 17. Private Bank Deposit Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | | | | | |
| 19. Brokerage Account #3 | | | | | | | | | |
| 20. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 21. iShares MSCI Australia Index Fund | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 22. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 23. India Fund | A | Dividend | J | T | | | | | |
| 24. SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |
| 25. Vanguard Total stock Market ETF | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 26. Private Bank Deposit Account | A | Interest | J | T | | | | | |
| 27. Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | | | | | |
| 28. Rental property #1 Beach Haven, NJ | F | Rent | P1 | W | | | | | |
| 29. 1/2 interest in family farm, Laura, Ohio | D | Rent | N | W | | | | | |
| 30. Brokerage Account #6 | A | Interest | | | Redeemed | 12/19/13 | J | | |
| 31. Private Bank Deposit | A | Interest | J | T | Redeemed | 12/19/13 | J | A | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 05/01/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544